Covert Manufacturing Company, Respondent v. Robert Gair Company, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

George W. Falcon, Appellant, v. The Ottawa Transportation Company, Limited, Respondent.— Motion denied.

Laura A. Gilchrist, Respondent, v. Seneca R. Stoddard and Others, Appellants.— Motion granted, unless the appellant within twenty days takes proper action to perfect his appeal, in which case motion is denied.

James M. Hyde, Appellant, v. New York Central and Hudson River Railroad Company, Respondent.— Motion denied.

Mary Hawes Lasch, Respondent, v. Leopold W. Lasch, Appellant. — Order unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of the Application of Charles MacDonald, Relator, for a Writ of Mandamus against Samuel H. Ordway and Others, Constituting the State Civil Service Commission of the State of New York. — Motion granted.

In the Matter of the Application of Egburt E. Woodbury, Attorney-General, Respondent, for an Order Requiring The Home Rule Tax Association of the State of New York, Appellant, to File a Statement and Account of Receipts and Expenditures in Connection with the General Election of 1915. Charles S. Mereness and Francis A. Willard, Appellants.— Motion for leave to appeal to the Court of Appeals granted, and the following question certified: "Did the petition set forth facts sufficient to entitle the proceeding to be maintained against the appellants, or either of them?"

In the Matter of the Judicial Settlement of the Account of Cecil V. McArthur, as Executrix, etc. of Clarence A. McArthur, Deceased.— Order amended by providing that the costs shall be paid from the estate and not by the respondents personally.

The People of the State of New York ex rel. Lehigh Valley Railway Company v. William Sohmer, as Comptroller of the State of New York.— Determination reversed, with fifty dollars costs and disbursements. All concurred.

Benjamin M. Rastall, Respondent, v. Lewis D. Sampson, Appellant.— Judgment and order unanimously affirmed, with costs, with usual leave to defendant, within twenty days, to withdraw demurrer, and answer, upon payment of costs in this court and at Special Term.

---

Fourth Department, September, 1916.

Benjamin Diamond and Another, Appellants, v. Chester J. Beckwith, Respondent.— Motion granted and appeal dismissed, with costs.

William W. Farley, as State Commissioner of Excise of the State of New York, Appellant, v. Basilio Battaglia and United States